IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUNG TRUONG,

        Plaintiff,                                  CIV S-05-1885 KJM

      vs.

JO ANNE B. BARNHART,                    ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
_____/

        By order filed October 26, 2005, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the October 26 order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

        Plaintiff failed to submit the statement of compliance.  More than five months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

/////

/////

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from
2 the date of this order show cause why this action should not be dismissed for lack of prosecution.
3 DATED: April 21, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

006
truong.osc