IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUNG TRUONG,

      Plaintiff,                CIV S-05-1885 KJM

      vs.

JO ANNE B. BARNHART,            ORDER AND
Commissioner of Social Security,    FINDINGS AND RECOMMENDATIONS

      Defendant.

_____/

      By order filed October 26, 2005, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the October 26 order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

      Plaintiff failed to submit the statement of compliance. More than six months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

      On April 24, 2006, plaintiff was directed to show cause why this action should not be dismissed for lack of prosecution. Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the

1

court apprised of his current address at all times. Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective. Plaintiff has not responded to the order to show cause. It appears plaintiff has abandoned this litigation.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified. time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
truong.ftc