1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRUNG TRUONG,

11              Plaintiff,              2:05-cv-1885-GEB-KJM-PS

12        vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social Security,
14
              Defendant.                ORDER
15   _____/

16        This Social Security action was referred to a United States Magistrate Judge

17   pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

18        On May 17, 2006, the magistrate judge filed findings and recommendations herein

19   which were served on plaintiff and which contained notice that any objections to the findings and

20   recommendations were to be filed within ten days.  No objections to the findings and

21   recommendations have been filed.

22        Although it appears from the file that plaintiff's copy of the findings and

23   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

24   keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

25   service of documents at the record address of the party is fully effective.

26   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3   ORDERED that:

4          1.  The findings and recommendations filed May 17, 2006, are adopted in full; and

5          2.  This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.

6   Civ. P. 41(b).

7   Dated:   June 26, 2006

8

9                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2